

# LEIBEL LAW
## STEVEN LEIBEL, P.C.

3619 S. Chestatee  
Dahlonega, GA 30533

www.leibel.com

Phone: (404) 892-0700  
Fax: (770) 844-0015

June 16, 2023

**VIA USPS PRIORIOTY CERTIFIED MAIL**  
**RETURN RECEIPT REQUESTED**  
**Tracking No. 9402 7112 0620 7626 3322 54**

Ms. Pam Godbee  
Central Insurance Companies  
P.O. Box 353  
Van Wert, OH 45891-9938

RE:  
 Your Policyholder: Nathan Sheets  
 Claim Number: 1000419640  
 Policy Number: FMA 3627637  
 Incident Date: 03/26/2022  
 Our Client: Elliott Wedde, deceased

Dear Ms. Godbee:

 Please confirm that you are denying coverage for Nathan Sheets and also for his parents. If that is not the case, when do you expect to tender the $250,000?

Best regards,

STEVEN LEIBEL, P.C.

*[signature]*

Steven Leibel

SKL/bjp

**EXHIBIT E**

STEVEN LEIBEL, P.C.  
DAHLONEGA • CUMMING • ATLANTA