

# LEIBEL LAW
## STEVEN LEIBEL, P.C.

*3619 S. Chestatee*  
*Dahlonega, GA 30533*

*www.leibel.com*

*Phone: (404) 892-0700*  
*Fax: (770) 844-0015*

July 25, 2023

**VIA USPS PRIORITY MAIL**  
**CERTIFIED MAIL**  
**RETURN RECEIPT REQUESTED**  
**Tracking No. 9402711206209855193750**

Ms. Pam Godbee  
Central Insurance Companies  
P.O. Box 353  
Van Wert, OH 45891-9938

        **RE:**    Your Policyholder:    Nathan Sheets  
                Claim Number:      1000419640  
                Policy Number:     FMA 3627637  
                Incident Date:      03/26/2022  
                Our Client:          Elliott Wedde, deceased

Dear Ms. Godbee:

    As you know we represent the Wedde family where your insured, Kenneth and Angela Sheets, negligently entrusted Nathan with a vehicle which resulted in the death of my clients' son, Elliott.

    You are familiar with our requests for coverage and your failure to confirm denial of coverage.

    Please accept this letter as a demand for policy limits of $250,000 for the wrongful death of Elliott and the $10,000 of medical payments on the policy. This offer will remain open for 30 days from your receipt of this certified letter. This offer is, of course, contingent on a limited liability release so as not to preclude any additional coverage that may be applied to resolving this tragedy.

                                                         Best regards,

                                                          **STEVEN LEIBEL, P.C.**

                                                          Steven Leibel

SKL/bjp

STEVEN LEIBEL, P.C.  
DAHLONEGA • CUMMING • ATLANTA

**EXHIBIT F**