## Re: Wedde

### Steven Leibel <steven@leibel.com>

Tue 8/8/2023 12:54 PM

To:Stephanie F. Glickauf <SGlickauf@gm-llp.com>
Cc:Paul Menair <paul@leibel.com>

Yes that works. Can you give me their decision on the coverage by then as well?

Best Regards

Steven Leibel
Leibel Law
Folger House
3619 S Chestatee
Dahlonega, Ga 30533
404-892-0700

This email (and any attachment) is covered by the Electronic
Communications Privacy Act, 18 U.S.C. §§ 2510-2521,  legally privileged and confidential. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, delete the message from your computer system.
The receipt of this email in no way implies or offers legal advice unless there is a written contract of representation.

> On Aug 8, 2023, at 12:33 PM, Stephanie F. Glickauf <SGlickauf@gm-llp.com> wrote:
>
> Caution! This message was sent from outside your organization.
>
> Steve,
>
> I have been asked to review the coverage position again in light of some additional information and in light of your demand and thus I am taking another look. Coverage was declined initially in a letter that agreed to review coverage if additional information was provided. I am also working on getting you the documents per the court order and calendared it for 10 days from the order which is 8/14. Is that agreeable?
>
> Stephanie F. Glickauf, Esq.
> CEO & Managing Partner
> GOODMAN MCGUFFEY LLP
>
> Direct: (404) 926-4137
> Office: (404) 264-1500
> Fax: (404) 264-1737
> SGlickauf@GM-LLP.com
> Licensed in GA
>
> 3340 Peachtree Road, NE, Suite 2100
> Atlanta, GA 30326-1084

**EXHIBIT G**

Atlanta • Savannah • Orlando • Sarasota
Charlotte • Raleigh • Columbia • Charleston

CONFIDENTIALITY NOTICE: The information contained in this transmittal is legally privileged and confidential information intended only for the use of the individual or entity to which it was intended to be directed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this transmittal is strictly prohibited. If you receive this transmittal in error, please immediately notify us by reply email and delete the original transmittal. Thank you.

gmljsig
-----Original Message-----
From: Steven Leibel <steven@leibel.com>
Sent: Monday, August 07, 2023 12:45 PM
To: Stephanie F. Glickauf <SGlickauf@GM-LLP.com>
Cc: Paul Menair <paul@leibel.com>
Subject: Wedde

Stephanie,

Please confirm that Central has denied the claim concerning the Wedde case.

Let me know when I should expect the information requested in the subpoena.

Best Regards

Steven Leibel
Leibel Law
Folger House
3619 S Chestatee
Dahlonega, Ga 30533
404-892-0700

This email (and any attachment) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, legally privileged and confidential. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, delete the message from your computer system.
The receipt of this email in no way implies or offers legal advice unless there is a written contract of representation.