

**STEPHANIE F. GLICKAUF**
Attorney at Law
Direct Dial: (404) 926-4137
Email: sglickauf@GM-LLP.com
Admitted in GA

ATTORNEYS AT LAW
WWW.GM-LLP.COM

**REPLY TO:**
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084

TELEPHONE  (404) 264-1500
FACSIMILE  (404) 264-1737

August 10, 2023

**VIA EMAIL and**
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**CCR # 9314 8699 0430 0110 8645 34**
Steven Leibel, Esq.
Steven Leibel, P.C.
3619 S. Chestatee Street
Dahlonega, GA 30533
steven@leibel.com

Re:  **Insured(s):** Kenneth G. Sheets, Angela D. Sheets
**Claimant:** Elliott Wedde (deceased)
**Claim No.:** 1000419640
**Incident Date:** 3/26/2022
**Policy Nos.:** FMA 3627637 / PXS 3627643
**Our File No.:** 2237-0490

Dear Steve:

As you know, this firm and the undersigned represent Central Mutual Insurance Company in the above matter. We are in receipt of your letter dated July 25, 2023 in which, on behalf of your clients, you demand the $250,000 liability limits and the $10,000 medical payment limits of the FMA policy listed above. You indicate that the $250,000 demand is for the wrongful death of Elliott Wedde. Presumably, the $10,000 medical payments demand is for the estate claim as the estate presumably incurred the medical expenses, although your letter does not specify. You further indicate that the offer is "contingent on a limited liability release," but do not indicate who you are intending to release—Kenneth and Angela Sheets, Nathan Sheets, or all three of them.

As you know, we disclaimed coverage for this claim because Nathan T. Sheets is listed on Named Driver Exclusions in the Central Mutual policies issued to his parents, Kenneth G. Sheets and Angela D. Sheets effective at the time of the accident. It is our understanding that upon removing Nathan Sheets from the Central Mutual policies, coverage for Nathan was purchased under a policy issued by State Farm. It is further our understanding that State Farm has tendered its limits of Nathan's policy. Has Nathan already been release vis a vis the State Farm tender?

Georgia courts have upheld named driver exclusions similar to the endorsements in Central Mutual's policies which have been provided to you. Thus, we maintain the

EXHIBIT
H

Steven Leibel, Esq.
August 10, 2023
Page 2

position that the claims against Nathan Sheets are not covered under Central Mutual's policies. This is particularly true when coverage under other policies has been availed to the claimants as is the case with the State Farm policy here.

With regard to claims alleged against Kenneth and Angela Sheets for negligent entrustment, etc., Georgia case law also supports Central Mutual's position that the claim "arises out of" the excluded driver's use of the auto, which is explicitly excluded from coverage. However, Central Mutual recognizes the public policy interests set forth as a result of the compulsory insurance laws in Georgia. While the cases that do not uphold auto exclusions typically do so when the claimants lack the ability to recover other available insurance, which is not the situation here where there is a State Farm policy and a UM policy, Central Mutual again, recognizes the public policy interests at issue.

As such, without waiving its coverage position and defenses, Central Mutual is tendering its available $25,000 liability limits in response to your demand. $25,000 represents the minimum compulsory limits in Georgia for bodily injury liability. Medical payments coverage is not compulsory in Georgia and as such there is no coverage under that provision of the policy. Additionally, per my reading of your demand, you have not made a demand under the umbrella policy/PXS policy referenced above.

I look forward to the resolution of this matter. Please provide clarification with regards to the parties and claims you are agreeing to release in your demand and how you would like the check issued.

Best regards.

Very truly yours,

*Stephanie F. Glickauf*

Stephanie F. Glickauf

SFG:gsf