**EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2022001656**
SNK
JUN 26, 2024 01:12 PM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

IN THE STATE COURT OF HENRY COUNTY
STATE OF GEORGIA

| | |
|---|---|
| John Wedde and Courtney Wedde, as Wrongful Death Claimants and Parents of Elliott Mason Wedde, Deceased, and John Walter Ray Wedde, as Personal Representative of the Estate of Elliott Wedde,  <br><br>    Plaintiffs, <br><br>vs. <br><br>Nathan Thomas Sheets, Kenneth Glen Sheets and Angela Sheets, <br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br>Civil Action File<br>No. STSV2022001656 |

## WITHDRAWAL OF ANSWERS AND FINAL JUDGMENT

Defendants Kenneth Glenn Sheets and Angela Sheets have withdrawn their Answers and consent to the entry of a default judgment against them.

It appearing to the Court that Defendants Kenneth Glenn Sheets and Angela Sheets have withdrawn their Answers; that the allegations in the complaint against them are deemed admitted; that the parties agreed to binding arbitration to determine the damages for Count II of Plaintiffs' complaint for the wrongful death of Elliott Wedde; and that said arbitration was held on June 21, 2024, before Rex Smith of Miles Mediation & Arbitration, LLC, resulting in an award of $22,000,000 for the wrongful death of Elliott Wedde as alleged in Count II of the Complaint.

Now therefore, this Court adopts the arbitration award as its final judgment and enters this final judgment against Defendants Kenneth Glenn Sheets and Angela Sheets and in favor of Plaintiffs John Wedde and Courtney Wedde, as wrongful death claimants, for Count II of the Complaint, in the amount of $22,000,000, such judgment to bear interest at the statutory rate.

All other claims having been withdrawn, this final judgment concludes this matter.

This 26 day of June, 2024.

Honorable Judge Stephen N. Knights, Jr.

**EXHIBIT J**

Agreed and consented to this 25th day of June, 2024.

| | |
|---|---|
| **STEVEN LEIBEL, P.C.** | **WALDON ADELMAN CASTILLA MCNAMARA & PROUT** |
| */s/ Steven Leibel, Esq.* | |
| STEVEN LEIBEL | */s/ Ashley L. Yagla, Esq.* |
| Georgia State Bar No. 445050 | Ashley L. Yagla |
| PAUL MENAIR | Georgia State Bar No. 238843 |
| Georgia State Bar No. 502018 | 900 Circle 75 Parkway, Suite 1040 |
| *(Signed w/express permission by ALY)* | Atlanta, Georgia 30339 |
| 3619 S. Chestatee | (770) 953-1710 |
| Dahlonega, GA 30533 | (770) 933-9162 Fax |
| (404) 892-0700 | ayagla@WaldonAdelman.com |
| (770) 844-0015 Fax | |
| steven@leibel.com | |
| paul@leibel.com | |